DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD LEE ELLWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-0201

[March 22, 2018]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 12-015004CF10A and 13-010589CF10A.

Richard L. Ellwood, Zephyrhills, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***